CARROLL W. PHILLIPS *vs*. PHILIP A. CUMMINGS.

Cumberland County. Decided October 20, 1927. On Motion. Action by husband alleging criminal conversation and alienation of affections. Verdict for plaintiff. Damages $1916.66.

The issues raised are of fact only. The evidence is voluminous and contradictory. Sufficient appears in the record, if believed, to warrant the verdict. A different result might be reached by this court were we acting as triers of fact but we cannot say that the jury manifestly erred.

The findings of a jury, on questions of fact, based on a reasonable construction of credible evidence, will not be disturbed by this court.

Assuming the verdict justified, damages are not excessive. Motion denied. *William Lyons and Frank H. Haskell*, for plaintiff. *Harry E. Nixon*, for defendant.